# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Khalid Abdullah　　　　　　　　　　　　Case No:    05-43273
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| **Debtor Name and Address** | **Amount of Dividend** |
|---|---|
| Khalid Abdullah<br>6127 Blow Lane<br>Waverly, VA 23890 | $380.39 |

Date:  <u>06-01-11</u>　　　　　　　　　　　　　　　/s/Carl M. Bates
　　　　　　　　　　　　　　　　　　　　　　　　Carl M. Bates
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee